IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIA CHILLERS and JERMON CHILLERS,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE WASTE SOLUTIONS OF MO, INC. d/b/a WASTE CONNECTIONS OF MISSOURI and COURTNEY ANDREWS,<br><br>Defendants. | Case No.   3:23-cv-00638<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT WASTE CONNECTIONS OF MISSOURI, INC. AND COURTNEY ANDREWS'S MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney, Timothy B. Niedbalski, moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of defendants Waste Connections of Missouri, Inc. and Courtney Andrews.

In support of this motion, movant states:

1. That movant is an attorney licensed to practice law in good standing in the States of Illinois and Missouri and in the United States District Courts of Eastern and Western Missouri. The state bar numbers issued to movant are #6269679 and #59968.

2. That movant is a member of good standing of the Bars as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

21217031.v1

4.  That movant is familiar with the law, facts, and procedures relating to the subject matter of this litigation.

**THEREFORE**, movant respectfully requests permission to appear of record and participate *pro hac vice* before the United States District Court for the Southern District of Illinois.

Signed on: 2/23/23
Date

600 Washington Ave
Street Address

St Louis MO 63101
City, State, Zip

/s/ Tim Niedbalski
Signature of Movant

Timothy B Niedbalski
Printed Name

SANDBERG PHOENIX & von GONTARD P.C.

By:  /s/Jeffrey L. Dunn
Jeffrey L. Dunn, #6269679
Timothy B. Niedbalski, 6295305 (pro hac pending)
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
314-231-3332
314-241-7604 (Fax)
E-mail: jdunn@sandbergphoenix.com
tniedbalski@sandbergphoenix.com

*Attorneys for Defendants*

### Certificate of Service

The undersigned certifies that on February 23, 2023, the foregoing was filed electronically with the Clerk of the Court and was served upon all counsel of record via electronic mail:

/s/Jeffrey L. Dunn