IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIA CHILLERS and ) | |
| JERMON CHILLERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3: 23-cv-00638-RJD |
| ) | |
| PROGRESSIVE WASTE SOLUTIONS OF ) | |
| MO., INC., individually and d/b/a WASTE ) | |
| CONNECTIONS OF MISSOURI, ) | |
| and COURTNEY ANDREWS, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS CLAIM OF PLAINTIFF, JERMON CHILLERS**

Now comes the Plaintiff, Jermon Chillers, by his attorney, Mark D. Prince, of Prince Law Firm, and for his Motion to Dismiss his Claim, states as follows:

1. That the Plaintiff, Jermon Chillers, no longer wants to pursue his cause of action in this matter and desires that this Court dismiss him from this matter.

WHEREFORE, the Plaintiff, Jermon Chillers, prays that this Court enter an Order dismissing his cause of action.

Respectfully submitted,

By: /s Mark D. Prince
Mark D. Prince
*Attorney for Plaintiff*

PRINCE LAW FIRM
404 N. Monroe Street
PO Box 1050
Marion, IL 62959
Tel:     618-997-2111
Fax:    618-997-2555
mdprince@princelawfirm.net
www.princelawfirm.net